UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X     **IN ADMIRALTY**
                                                                                          :
IN THE MATTER OF THE PETITION OF        :          25 Civ. 8523 (JPC)
SALVATORE COLANGELO, AS OWNER OF THE  :
LET'S LIVE II, FOR EXONERATION FROM OR    :          <u>ORDER</u>
LIMITATION OF LIABILITY.                           :
                                                                                     :
-------------------------------------------------------------------X

       The Court is in receipt of the Petition for Exoneration from or Limitation of Liability (the "Petition"), and the supporting declaration and proposed orders submitted by Petitioner Salvatore Colangelo ("Petitioner"). Petitioner's proposed Interim Stipulation for Value, Dkt. 7, states that it is signed by representatives of The Standard Fire Insurance Company (the "Stipulator"). *Id.* at 2. However, the only signature that appears belongs to the counsel for Petitioner. *Id.* at 3. Accordingly, Petitioner is ordered to file a new Interim Stipulation for Value with the necessary signatures of the Stipulator's representatives.

       In addition, Petitioner shall file proof of the Stipulator's certificate of authority from the Secretary of the Treasury, pursuant to Local Civil Rule 65.1.1.

       SO ORDERED.

Dated: October 20, 2025
       New York, New York                                       JOHN P. CRONAN
                                                                    United States District Judge