UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X                    **IN ADMIRALTY**
                                                                    :
IN THE MATTER OF THE PETITION OF                        :                    25 Civ. 8523 (JPC)
SALVATORE COLANGELO, AS OWNER OF THE    :
LET'S LIVE II, FOR EXONERATION FROM OR         :                    <u>ORDER</u>
LIMITATION OF LIABILITY.                                      :
                                                                    :
-------------------------------------------------------------------X

On October 15, 2025, Petitioner Salvatore Colangelo ("Petitioner") filed a proposed Notice to Claimants of Petition For Exoneration From or Limitation of Liability (the "Proposed Notice"), Dkt. 10. The Proposed Notice states that the incident giving rises to potential claims took place on October 15, 2025. *Id.* That date conflicts with the incident date stated in the Petition For Exoneration From or Limitation of Liability, which is August 31, 2025. Dkt. 1 ¶ 6.

No later than October 27, 2025, Petitioner shall either revise its Proposed Notice and file it with the Court or submit a letter affirming that the date stated in the Proposed Notice is correct.

SO ORDERED.

Dated: October 24, 2025
        New York, New York                                    _____
                                                                                    JOHN P. CRONAN
                                                                            United States District Judge