UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN THE MATTER OF THE PETITION OF
SALVATORE COLANGELO, AS OWNER OF THE
LET'S LIVE II, FOR EXONERATION FROM OR
LIMITATION OF LIABILITY.
------------------------------------------------------------------X

**IN ADMIRALTY**

25 Civ. 8523 (JPC)

RESTRAINING ORDER AND
ORDER FOR ISSUANCE OF NOTICE
<u>THAT CLAIMS MAY BE FILED</u>

Upon consideration of the Petition for Exoneration from or Limitation of Liability (the "Petition"), and the supporting declaration and proposed orders submitted by Petitioner Salvatore Colangelo ("Petitioner"), the Court orders as follows:

1. Petitioner shall issue a notice to all persons asserting claims with respect to which the Petition seeks exoneration from or limitation of liability, admonishing them to file their respective claims with the Clerk of the United States District Court for the New York Southern District, 500 Pearl Street, New York, NY 10007, and to serve a copy of such claims upon Petitioner's attorney, John F. Karpousis, Esq., of Freehill, Hogan & Mahar, LLP, 80 Pine Street, New York, NY 10005 (Tel.: (212) 425-1900; Email: karpousis@freehill.com), on or before November 27, 2025.

2. In accordance with Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, Petitioner shall provide the required notice by publication in the *Staten Island Advance* once a week for four successive weeks before the return date of said notice.

3. Not later than the day of the second publication, Petitioner shall mail a copy of said notice to every person known to have any claim against Petitioner or the vessel *Let's Live II* (the "Vessel"), or to their attorneys, if known.  With respect to death claims, such notice shall be provided to the decedent at his last known address, if

known, and also to any person who has made a claim on account of such death.

4. The commencement of or further prosecution of any claims or causes of action against Petitioner and/or the Vessel arising out of the Collision (as defined in the Petition) except in this action is enjoined, stayed, and restrained until the hearing and determination of this proceeding, or until otherwise ordered by this Court.

SO ORDERED.

Dated: October 28, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge