UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IN THE MATTER OF THE PETITION OF :
SALVATORE COLANGELO, AS OWNER OF THE :
LET'S LIVE II, FOR EXONERATION FROM OR :
LIMITATION OF LIABILITY. :
:
------------------------------------------------------------------X

**IN ADMIRALTY**

25 Civ. 8523 (JPC)

ORDER ALLOWING INTERIM
STIPULATION FOR VALUE AND
STIPULATION OF COSTS

Upon consideration of the Petition for Exoneration from or Limitation of Liability, and the supporting declaration and proposed orders submitted by Petitioner Salvatore Colangelo ("Petitioner"), the Court orders as follows:

1. Petitioner may file an Interim Stipulation for Value in the amount of $450,000.00, with interest at the rate of 6% *per annum* thereon from October 15, 2025, pursuant to Supplemental Admiralty Rule F(1).

2. Petitioner may file a Stipulation for Costs in the amount of $250.00 as security for costs, pursuant to Supplemental Admiralty Rule F(1).

3. Any claimant in or party to this proceeding may apply by motion to have the amount of such Stipulation increased or diminished as the case may be on the filing of any report of due appraisement of Petitioner's interest in the vessel *Let's Live II* ordered by the Court, or on the ultimate determination of the Court on exceptions to any such appraisement report.

SO ORDERED.

Dated: October 28, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge