UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X      **IN ADMIRALTY**
                                                                   :
IN THE MATTER OF THE PETITION OF                                   :      25 Civ. 8523 (JPC)
SALVATORE COLANGELO, AS OWNER OF THE                               :
LET'S LIVE II, FOR EXONERATION FROM OR                             :      NOTICE TO CLAIMANTS OF
LIMITATION OF LIABILITY.                                           :      PETITION FOR EXONERATION FROM
                                                                   :      OR LIMITATION OF LIABILITY
-------------------------------------------------------------------X

      Notice is hereby given that Salvatore Colangelo (the "Petitioner"), as owner of the vessel *Let's Live II*, has filed a Petition pursuant to 46 U.S.C. § 30501, *et. seq*., claiming the right to exoneration from or limitation of liability for all claims and damage incurred during or arising out of the collision with the vessel *M/V Cabana* occurring on or about August 31, 2025 while navigating South-bound on the East River of New York City near the FDR Drive, between 23rd and 25th St.

      All persons having such claims must file them with the Clerk of the United States District Court for the New York Southern District, 500 Pearl Street, New York, NY 10007, no later than November 27, 2025. Such claims must be served upon Petitioner's attorneys, Freehill Hogan & Mahar, LLP, contact information for whom is listed below. Personal attendance at the Court is not required, but failure to file claims with the Clerk and failure to serve claims upon Petitioner's attorneys will result in default.

1

Any claimant who files a claim with this Court and wishes to contest the allegations in the Petition must file an answer to said Petition and serve such answer upon Petitioner's attorneys.

Dated:	New York, New York
	October 28, 2025

	_____
	JOHN P. CRONAN
	United States District Judge

John F. Karpousis, Esq.
*Attorneys for Petitioner*
FREEHILL HOGAN & MAHAR LLP
80 Pine Street, 25th Floor
New York, New York 10005
E: karpousis@freehill.com
T: (212) 425-1900
F: (212) 425-1901