UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                :
IN THE MATTER OF THE PETITION OF       :
SALVATORE COLANGELO, AS OWNER OF THE  :
LET'S LIVE II, FOR EXONERATION FROM OR   :
LIMITATION OF LIABILITY.           :
                :
--------------------------------------------------------------------X

**IN ADMIRALTY**

25 Civ. 8523 (JPC)

<u>ORDER</u>

The deadline to file claims in this action was November 27, 2025.  Dkt. 18.  On December 5, 2025, the Court received a letter seeking leave to file late claims on behalf of six individuals: Jeffrey Barry, Nadine Barry, Roy Gray, Alexandra Griffin, Ahsphil Robertson, and Philomena Robertson ("Movants").  Dkt. 35 ("Movants' Letter").  Attached to the letter was a "Stipulation Granting Extension of Time for Claimants to Answer the Limitation Complaint."  Dkt. 35-1.  According to the letter, Petitioner Salvatore Colangelo consents to extending the time for Movants to file their claims until December 12, 2025.  *See* Movants' Letter.  However, the letter neither sets out "cause" for enlarging the period to file claims nor states the position of the parties who have already filed claims, Aisha Wilson and Shandice Wilson ("Claimants").  *See generally id.*

Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure states that the Court, "[f]or cause shown, . . . may enlarge the time within which claims may be filed."  Fed. R. Civ. P. Supp. R. F(4).  In general, "so long as the limitation proceeding is pending and undetermined, and the rights of the parties are not adversely affected, the court will freely grant permission to file late claims upon a showing of reasons therefore."  *Sagastume v. Lampsis Nav. Ltd., Drosia*, 579 F.2d 222, 224 (2d Cir. 1978) (alteration adopted).  The parties need not show "good cause," *In re Brandt Marine, Inc.*, No. 24 Civ. 4765 (JMA) (JMW), 2025 WL 2772905, at *1 (E.D.N.Y. Sept. 26, 2025), but they nevertheless must provide facts that show that enlarging the time for claims to be filed "will serve the ends of justice."

*In re Complaint of M.V. President Kennedy, Ltd.*, No. 98 Civ. 8126 (CSH), 2000 WL 351425, at *2 (S.D.N.Y. Apr. 5, 2000) (internal quotation marks omitted).  "Specifically, a showing that no party will be prejudiced by permitting a late filing, even with a weak showing of excusable neglect, is sufficient."  *Id.* (internal quotation marks omitted); *see also In re City of New York*, No. 03 Civ. 6049 (ERK) (VVP), 2009 WL 10700416, at *1 (E.D.N.Y. Mar. 13, 2009) (describing what constitutes sufficient cause).

Accordingly, no later than December 11, 2025, Movants shall submit a letter (i) stating whether Claimants consent to their request and (ii) showing cause why enlarging the period to file claims will serve the ends of justice.  If Claimants do not consent, then they shall respond to Movants' letter no later than December 16, 2025.

Because of the foregoing, the Court adjourns *sine die* the initial pre-trial conference scheduled for December 11, 2025.  *See* Dkt. 21.

SO ORDERED.

Dated: December 8, 2025
       New York, New York

JOHN P. CRONAN
United States District Judge

2