UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X                    **IN ADMIRALTY**
                                                                            :
IN THE MATTER OF THE PETITION OF                   :                    25 Civ. 8523 (JPC)
SALVATORE COLANGELO, AS OWNER OF THE   :
LET'S LIVE II, FOR EXONERATION FROM OR          :                    ORDER
LIMITATION OF LIABILITY.                                    :
                                                                            :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 16, 2025, the Court ordered the parties to submit, one week before the initial

pretrial conference, a joint letter with, among other things, a description of the case and a status

update on any settlement talks. Dkt. 45. The Court also ordered the parties to submit a proposed

case management plan and scheduling order. *Id*. at 2. The conference is scheduled for January 12,

2026, at 3:30 p.m. *Id.* at 1. Therefore the joint letter and proposed case management plan and

scheduling order were due on January 5, 2026. The parties failed to submit either.

By January 8, 2026, it is hereby ORDERED that the parties must file on ECF the joint letter

and the proposed case management plan and scheduling order described in the Order at Docket

Number 45. The Court advises the parties that failure to comply with Court orders may result in

sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: January 6, 2026
       New York, New York                                      _____
                                                                                     JOHN P. CRONAN
                                                                                 United States District Judge