UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                       :

IN THE MATTER OF THE PETITION OF      :
SALVATORE COLANGELO, AS OWNER OF THE   :
LET'S LIVE II, FOR EXONERATION FROM OR    :
LIMITATION OF LIABILITY.                    :
                                         :

------------------------------------------------------------------- X

------------------------------------------------------------------- X           **IN ADMIRALTY**
                                         :

JEFFREY BARRY, *et al.*,                      :           25 Civ. 8523 (JPC)
                                           :

                Third-Party Plaintiffs,    :             <u>ORDER</u>

                                           :

        -v-                                 :
                                           :

CABANA TEMPESTA, LLC, *et al.*,         :
                                           :

                Third-Party Defendants.   :
                                           :

------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

On February 6, 2026, Third-Party Plaintiffs Jeffrey Barry, Nadine Barry, Alexandra Griffin, Roy Gray, Ashphil Robertson, and Philomena Robertson served Third-Party Defendant Cabana Tempesta, LLC with copies of the Third-Party Summons, Third-Party Complaint, and Petition for Exoneration From or Limitation of Liability. Dkt. 61. Cabana Tempesta LLC's deadline to respond to the Complaint was therefore February 27, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response from Cabana Tempesta, LLC. Accordingly, the Court extends *sua sponte* Cabana Tempesta, LLC's deadline to respond to the Third-Party Complaint until March 9, 2026. If Cabana Tempesta, LLC once again fails to respond to the Third-Party Complaint by its deadline to do so, the Third-Party Plaintiffs shall seek a Certificate of Default by March 16, 2026.

The Third-Party Plaintiffs are directed to mail a copy of this Order by First Class Mail to the Third-Party Defendant, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: March 2, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

2