UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                         :

IN THE MATTER OF THE PETITION OF     :
SALVATORE COLANGELO, AS OWNER OF THE  :
LET'S LIVE II, FOR EXONERATION FROM OR    :
LIMITATION OF LIABILITY.                 :
                         :
----------------------------------------------------------------------X

**IN ADMIRALTY**

25 Civ. 8523 (JPC)

ORDER

The deadline to file claims in this action was November 27, 2025.  Dkt. 18.  On April 1, 2026, the Court received a letter seeking leave to file late claims on behalf of three individuals: Chakeri Mitchell, Frederick Scott, and Francesca Brown ("Movants").  Dkt. 71.  By April 20, 2026, the parties shall advise the Court of their positions with respect to Movants' request.  The parties may submit a joint letter or separate letters.

SO ORDERED.

Dated: April 13, 2026
     New York, New York

                               JOHN P. CRONAN
                        United States District Judge