UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X                    **IN ADMIRALTY**
                                                                        :
IN THE MATTER OF THE PETITION OF                    :                   25 Civ. 8523 (JPC)
SALVATORE COLANGELO, AS OWNER OF THE      :
LET'S LIVE II, FOR EXONERATION FROM OR         :                   ORDER
LIMITATION OF LIABILITY.                                  :
                                                                        :
-------------------------------------------------------------------X

On April 13, 2026, the Court ordered the parties to advise the Court by April 20, 2026, of their positions with respect to a motion for leave to file late claims brought by Chakeri Mitchell, Frederick Scott, and Francesca Brown (the "Movants"), *see* Dkt. 71.  Dkt. 72.  On April 15, 2026, claimants Nadine Barry, Jeffrey Barry, Roy Gray, Alexandra Griffin, Ashphil Robertson, and Philomena Robertson filed a letter stating their opposition to the Movants' late claims.  The deadline has passed and the docket does not reflect a response to the Court's order by Petitioner Salvatore Colangelo or by claimants Aisha Wilson or Shandice Wilson.  The Court *sua sponte* extends their deadline to respond until April 30, 2026.  Failure to respond may result in sanctions, including dismissal of their claims.

SO ORDERED.

Dated: April 23, 2026
       New York, New York                        _____
                                                              JOHN P. CRONAN
                                                       United States District Judge